938

No. 831. AXILROD v. MINNESOTA. Supreme Court of Minnesota. Certiorari denied. *Max M. Kampelman* for petitioner. *Miles Lord,* Attorney General of Minnesota, *Victor J. Michaelson,* Special Assistant Attorney General, *George M. Scott, Bruce C. Stone* and *Per M. Larson* for respondent.

No. 850. STEELE v. SHEERIN, ADMINISTRATRIX. C. A. 6th Cir. Certiorari denied. *G. Cameron Buchanan* and *Richard Alan Harvey* for petitioner. *James A. Markle* for respondent.

No. 887. OLAF PEDERSEN'S REDERI A/S v. MOTOR DISTRIBUTORS, LTD., ET AL. C. A. 5th Cir. Certiorari denied. *Charles S. Haight* and *Richard F. Ralph* for petitioner. *William Garth Symmers* and *William Warner* for respondents.

No. 895. WICHITA FALLS INDEPENDENT SCHOOL DISTRICT ET AL. v. AVERY ET AL. C. A. 5th Cir. Certiorari denied. *R. Marvin Pierce* for petitioners. *Thurgood Marshall* for respondents.

No. 817. WHITAKER CABLE CORP. v. FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied. MR. JUSTICE WHITTAKER took no part in the consideration or decision of this application. *Edwin S. D. Butterfield* for petitioner. *Solicitor General Rankin, Assistant Attorney General Hansen, Daniel M. Friedman, Earl W. Kintner* and *Robert B. Dawkins* for respondent.

No. 478, Misc. TAYLOR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.